IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00115-F-1
No. 5:11-CV-00745-F

| | |
|---|---|
| TIERRE JAVON OUTLAW, )<br>              Petitioner, )<br>)<br>v.                             )<br>)<br>UNITED STATES OF AMERICA, )<br>              Respondent. ) | **O R D E R** |

This matter is before the court on Tierre Javon Outlaw's July 18, 2014 letter motion [DE-68] addressed to the undersigned. In his letter motion, Outlaw requests forty-five days to amend his pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-29]. Outlaw's letter motion [DE-68] is ALLOWED to the extent that he shall have forty-five days within which to file a motion to amend.

SO ORDERED.

This the 30 day of July, 2014.

*James C. Fox*
James C. Fox
Senior United States District Judge