IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00115-F-1
No. 5:11-CV-00745-F

| | |
|---|---|
| TIERRE JAVON OUTLAW,<br>                Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>                Respondent. | <u>O R D E R</u> |

This matter is before the court on Tierre Javon Outlaw's Motion to Clarify Judgment [DE-86]. In his motion, Outlaw requests clarification on this court's March 3, 2015 Order.

The court will provide clarification by outlining its holdings as follows: The court ALLOWED the Government's Motion for Summary Judgment [DE-81], and the court DISMISSED as moot the Government's Motion to Dismiss [DE-53]. Outlaw's section 2255 motion [DE-29], as amended [DE-49], was DISMISSED. Additionally, Outlaw's two Motions to Amend [DE-64, DE-74] were DISMISSED as time-barred. The court concluded that Outlaw had not made the requisite showing to support a certificate of appealability. Consequently, a certificate of appealability was DENIED.

SO ORDERED.

This, the 2 day of April, 2015.

JAMES C. FOX
Senior U.S. District Judge