IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-115-BO
No. 5:17-CV-397-BO

| | |
|---|---|
| TIERRE JAVON OUTLAW, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause shown upon the motion of Respondent for a scheduling order, the Court hereby GRANTS Respondent's motion and ORDERS the following briefing schedule: (1) Petitioner's § 2255 motion is due on or before March 19, 2018; (2) Respondent's response or other appropriate motion is due on or before April 30, 2018; and (3) Petitioner's reply is due 14 days after service of Respondent's response or other appropriate motion.

This 13 day of Feb, 2018.

_____
TERRENCE W. BOYLE
United States District Judge